UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOLIDUSLINK AG, ET AL.,
                Plaintiffs,

- against -

ANDREW WARD MOEDINGER,
                Defendant.

23-cv-4563 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide an update on the status of the case by **July 22, 2025**.

SO ORDERED.
Dated:    New York, New York
          July 1, 2025

                                          John G. Koeltl
                                   United States District Judge