```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----

SOLIDUSLINK AG, ET AL.,
                 Plaintiffs,         23-cv-4563 (JGK)

     - against -                        ORDER

ANDREW WARD MOEDINGER,
                 Defendant.
-----

JOHN G. KOELTL, District Judge:

    On July 1, 2025, the Court directed the parties to provide an update on the status of the case by July 22, 2025. ECF No. 22. To date, no status update has been filed. The time to file the status update is extended to **August 11, 2025**. The parties are cautioned that if no status update is filed by that date, the case may be dismissed for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
           July 28, 2025

                                      _____
                                          John G. Koeltl
                                  United States District Judge